NEW JERSEY BELL TELEPHONE COMPANY, APPELLANT,
v. STATE BOARD OF TAXES AND ASSESSMENT, RE-
SPONDENT.

Argued February 19, 1929—Decided May 20, 1929.

For the appellant, *Frankland Briggs* and *Wall, Haight, Carey & Hartpence.*

For the respondent, *Edward L. Katzenbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, KALISCH, LLOYD, CASE, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.